```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DARYL E. WAITE,                )
                               )
    Plaintiff,                 )
                               )
                               )
       v.                      )  Civil Action No. 05-736
                               )  Judge Conti
                               )  Magistrate Judge Caiazza
BEAVER COUNTY, AMBRIDGE        )  In Re: Doc. 9
POLICE DEPARTMENT,             )
                               )
    Defendants.                )

## ORDER

    AND NOW, this 18 day of August, 2005;

    The Defendant Beaver County having filed a Motion to Dismiss (Doc. 9) with a brief in support;

    IT IS HEREBY ORDERED that the Plaintiff shall be allowed until September 19, 2005, to respond to the Motion.

    IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party.  Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.

Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

August 18, 2005                                     s/Francis X. Caiazza
                                                    Francis X. Caiazza
                                                    U.S. Magistrate Judge

cc:
Daryle E. Waite-Pro Se
1913 Converse Street
McKeesport, PA 15132

Marie Milie Jones, Esq.
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
US Steel Tower, Suite 4850
Pittsburgh, PA 15219

Michael R. Lettrich, Esq.
Cipriani & Werner
1100 Two Chatham Center
Pittsburgh, PA 15219-3504