```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARYL E. WAITE,                 )
                                )
     Plaintiff,                 )
                                )
                                )
     v.                         ) Civil Action No. 05-736
                                ) Judge Conti
                                ) Magistrate Judge Caiazza
BEAVER COUNTY, AMBRIDGE         ) In Re: Doc. 9
POLICE DEPARTMENT,              )
                                )
     Defendants.                )
```

## ORDER

**AND NOW**, this 6th day of October, 2005,

**IT IS ORDERED** that the Plaintiff's Motion to Amend Statement of Claim (doc. no. 14) is **GRANTED**.  See <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 108 (3d Cir. 2002) ("Under Rule 15(a), if a plaintiff requests leave to amend a complaint vulnerable to dismissal before a responsive pleading is filed, such leave must be granted in the absence of undue delay, bad faith, dilatory motive, unfair prejudice, or futility of amendment.").  While the statute of limitations may be raised by the Defendants as a defense to the Plaintiff's amended claims, it would be an abuse of this court's discretion to disallow him to amend his complaint as of right as no responsive pleading has been filed in this action.  It follows that the pending motion to dismiss filed by Defendant Beaver County (doc. no. 9) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

August 18, 2005                                s/Francis X. Caiazza
                                               Francis X. Caiazza
                                               U.S. Magistrate Judge

cc:
Daryle E. Waite-Pro Se
1913 Converse Street
McKeesport, PA 15132

Marie Milie Jones, Esq.
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
US Steel Tower, Suite 4850
Pittsburgh, PA 15219

Michael R. Lettrich, Esq.
Cipriani & Werner
1100 Two Chatham Center
Pittsburgh, PA 15219-3504